# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, National Association Trustee Pooling and Servicing Agreement Dated as of September 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-HE2 Mortgage Passthrough Certificates, Series 2006-HE2 <br> PLAINTIFF | CASE NUMBER: 1:11-cv-4336 |
| VS. | DISTRICT JUDGE: Charles R. Norgle, Sr. |
| Manuel Rosas, Charter National Bank and Trust, New Century Mortgage Corporation, Lidia Rosas, <br> DEFENDANT(S). | MAGISTRATE JUDGE: Sheila M. Finnegan |

## MOTION TO SET ASIDE JUDGMENT AND DISMISS CASE

Plaintiff, Wells Fargo Bank, National Association Trustee Pooling and Servicing Agreement Dated as of September 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-HE2 Mortgage Passthrough Certificates, Series 2006-HE2, by counsel, James N. Pappas of Burke, Costanza, & Carberry LLP, files the following Motion to Set Aside Judgment and Dismiss the Case without prejudice, and states:

1. On June 25, 2011, Plaintiff filed its Complaint for Foreclosure.
2. On March 2, 2012 Judgment was entered against the Defendants
3. Defendants paid the loan in full.

WHEREFORE, counsel for Plaintiff, Wells Fargo Bank, NA, respectfully requests that the Judgment be set aside and the Case be dismissed without prejudice, and for all other relief just and proper.

Respectfully submitted,

BURKE COSTANZA & CARBERRY LLP

By: /s/ James N. Pappas
James N. Pappas, #6291873
225 W. Washington St., Ste. 2200
Chicago, IL 60606
Phone: (219) 769-1313